IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02882-ZLW-MJW

PARTICLE MEASURING SYSTEMS, INC., a Colorado corporation,

    Plaintiff,

v.

LIGHTHOUSE WORLDWIDE SOLUTIONS, INC., a California corporation,

    Defendant.

## ORDER

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    DATED at Denver, Colorado, this 16th day of December, 2009.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court