IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02882-WYD-MJW

PARTICLE MEASURING SYSTEMS, INC.,

Plaintiff(s),

v.

LIGHTHOUSE WORLDWIDE SOLUTIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Unopposed Motion for Protective Order (docket no. 33) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 33-1) is APPROVED and made an Order of Court.

Date: June 4, 2010