IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02882-WYD-MJW

PARTICLE MEASURING SYSTEMS, INC.,

Plaintiff(s),

v.

LIGHTHOUSE WORLDWIDE SOLUTIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order to Extend Time to Provide Expert Witness Disclosures (Docket No. 35) is granted, and the expert disclosure deadline is thus extended up to and including August 1, 2010.

Date: June 9, 2010