IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-02882-WYD-MJW

PARTICLE MEASURING SYSTEMS, INC., a Colorado corporation,

Plaintiff,

v.

LIGHTHOUSE WORLDWIDE SOLUTIONS, INC. a California corporation,

Defendant.

---

ORDER ( Docket No 53 )

---

Particle Measuring Systems Inc. and Lighthouse Worldwide Solutions Inc. having moved the Court to Amend the Scheduling Order to permit submission of expert disclosures until August 16, 2010 and replies until August 30, 2010 and the Court having considered the matter, motion (DN. 53) is granted and the

IT IS HEREBY ORDERED that the Scheduling Order is amended so that the parties shall have until August 16, 2010 to submit expert disclosures and August 30, 2010 to ~~reply~~. Submit Rebuttal Expert Disclosures.

7/27/10

BY THE COURT