IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02882-WYD-MJW

PARTICLE MEASURING SYSTEMS, INC.,

Plaintiff,

v.

LIGHTHOUSE WORLDWIDE SOLUTIONS, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

Pursuant to notification on September 1, 2010 by Mr. Jablonski, counsel for the plaintiff advising the court that the parties have reached a settlement in this matter, it is HEREBY ORDERED that the parties shall submit their written Stipulated Motion for Dismissal on or before September 24, 2010.

It is FURTHER ORDERED that the Final Pretrial Conference set on December 15, 2010, at 9:00 a.m., is VACATED.

It is FURTHER ORDERED that motions pending before Magistrate Judge Watanabe in this matter, (Docket No. **51**) Defendant Lighthouse Worldwide Solutions' Motion to Compel Further Discovery Responses to Request for Production of Documents and Interrogatories and Request for Sanctions Pursuant to F$_{ed}$. R. C$_{iv}$. P. 37(b) and (Docket No. **62**) Plaintiff's Motion to Compel Discovery Responses and for Sanctions and Rule 7.1 Certification, are DENIED AS MOOT.

Date: September 1, 2010