IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02882-WYD-MJW

PARTICLE MEASURING SYSTEMS, INC., a Colorado corporation,

    Plaintiff,

v.

LIGHTHOUSE WORLDWIDE SOLUTIONS, INC., a California corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On September 1, 2010, Magistrate Judge Watanabe entered a Minute Order (ECF No. 72) indicating that the parties had reached a settlement in this matter. The Minute Order directed the parties to submit a Stipulated Motion to Dismiss on or before September 24, 2010. The parties did not comply with this deadline or file a motion for an extension time to do so. Accordingly, on or before **Friday, October 8, 2010**, the parties shall either file a Stipulated Motion to Dismiss or a status report indicating when such a motion will be filed.

    Also, in light of the settlement of this case, Defendant's Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, to Transfer Venue (ECF No. 9) is **DENIED WITHOUT PREJUDICE**.

    Dated: September 30, 2010.